# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162781(56)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                          SC: 162781
                          COA: 349051
                          Muskegon CC: 17-002872-FC

JIVONNIE RAMONE JONES,
      Defendant-Appellant.
_____/

      On order of the Chief Justice, the motion of defendant-appellant to file a pro per supplement to the application for leave to appeal is GRANTED. The supplement submitted on March 25, 2021, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2021



                          Clerk